# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-CR-00439-KJD-VCF |
| v. | **ORDER** |
| JAMES WARRAS, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (#107) of Magistrate Judge Cam Ferenbach entered May 18, 2015, recommending that Defendant James Warras's Motion to Suppress (#67) be granted in part and denied in part. Defendant filed Objections (#119) to the report and recommendation denying the portion of the motion to suppress his statements made on July 19, 2013. The Government filed Objections (#125) to the portion of the report and recommendation granting the motion to suppress his statements made on July 16, 2013.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#107) of the United States Magistrate Judge entered May 18, 2015, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#107) entered May 18, 2015, is **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress(#67) is **GRANTED in part and DENIED in part**;

IT IS FURTHER ORDERED that the Objections (#119/125) are **DENIED.**

DATED this 4th day of November 2015.

_____
Kent J. Dawson
United States District Judge