# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>ANTHONY BRANDEL, *et al*.,<br><br>　　Defendants. | Case No. 2:13-CR-00439-KJD-VCF<br><br>**ORDER** |

　　Presently before the Court is Defendants' Motion in Limine (#136).  Plaintiff filed an opposition (#151) to which Defendants responded (#157).

　　Defendants move to exclude four pieces of evidence, namely: (1) Transactions and communications regarding the Bank of New York, (2) a Search Warrant Affidavit from South Carolina's "Sweet Tea Masquerade" case sent by Micelli to Kyle Gatton, (3) a Lawyer's Guide sent by Micelli to Kevin McDaniel, and (4) 1993 Treasury Department Warnings sent by Micelli to Brandel.  Defendants move for exclusion of this evidence pursuant to rules 403 and 404 of the Federal Rules of Evidence (Fed. R. Evid.).

　　Having read and considered the present motion, the Court finds that this evidence is admissible as intrinsic evidence pursuant to Fed. R. Evid. Rule 403 and as evidence of guilt pursuant to Rule 404.  Accordingly, the Court **DENIES** the motion (#136).

**IT IS SO ORDERED.**

　　DATED this __5th__ day of November 2015.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　United States District Judge