# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-CR-00439-KJD-VCF |
| v. | **ORDER** |
| ANTHONY BRANDEL, *et al.*, | |
| Defendants. | |

Presently before the Court is Defendants' Motion in Limine (#137). Plaintiff filed a response in opposition (#155) to which Defendants responded (#158).

Defendants move to exclude evidence of H-series Brazilian bonds which Plaintiff alleges had no monetary value at the time they were issued and thus, could not generate proceeds. Defendants' basis for the motion is that Plaintiff has not noticed an expert "to explain to the jury the basis of the government's claims regarding the value" of the bonds.

Having read and considered the present motion, the Court finds that this evidence does not necessitate the use of an expert and is therefore admissible. Accordingly, the Court **DENIES** the motion (#137).

**IT IS SO ORDERED.**

DATED this  5th  day of November 2015.

_____
Kent J. Dawson
United States District Judge