# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY BRANDEL, *et al.*,<br><br>    Defendants. | Case No. 2:13-CR-00439-KJD-VCF<br><br>**ORDER** |

    Presently before the Court is Defendant, James Warras', Motion in Limine (#183). Plaintiff filed a response in opposition (#186).

    Defendant moves to exclude and/or limit the government's use of the following exhibits at trial: (1) Proposed Government Trial Exhibit 114, Warras Bankruptcy Deposition (pages 51 through 53) and Proposed Government Trial Exhibit 116, Brazilian Bonds Website Warning; (2) Proposed Government Trial Exhibit 128, Warras Order of Prohibition; and (3) Proposed Government Trial Exhibit 1410, Summary Chart: James Warras Sample Expenditures from Personal/Trust Account.

    Having read and considered the present motion, the Court finds that the evidence tends to establish an element of the charged offense, i.e., intent, knowledge and/or absence of mistake. Further, the probative value of this evidence is not outweighed by the danger of unfair prejudice. Fed. R. Evid. 403.

    Accordingly, the Court **DENIES** the motion (#183).

**IT IS SO ORDERED.**

    DATED this 30th day of November 2015.

                                                                                 _____
                                                                                Kent J. Dawson
                                                                                United States District Judge