1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**

7                **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              )
                                          )
9              Plaintiff,                 )
                                          )
10      v.                                )   2:13-CR-439-KJD-(VCF)
                                          )
11 JAMES WARRAS,                          )
                                          )
12             Defendant.                 )

13            **PRELIMINARY ORDER OF FORFEITURE**

14      This Court finds that defendant JAMES WARRAS was found guilty on Count One of a

15 Twenty-Four-Count Criminal Indictment charging him with Conspiracy to Commit Wire Fraud and

16 Securities Fraud in violation of Title 15, United States Code, Section 78j(b) and Title 18, United States

17 Code, Sections 371 and 1343; in Counts Three through Five and Eleven through Thirteen charging

18 him Wire Fraud in violation of Title 18, United States Code, Section 1343; and Fifteen through

19 Seventeen, Nineteen, Twenty-Three, and Twenty-Four charging him with Securities Fraud in violation

20 of Title 15, United States Code, Section 78j(b) and Title 17, Code of Federal Regulations, Section

21 240.10b-5. Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 208; Jury Verdict, ECF No. 215.

22      This Court finds that JAMES WARRAS shall pay a criminal forfeiture money judgment of

23 $4,920,000 in United States Currency to the United States of America, held jointly and severally liable

24 with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code,

25 Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States

26 Code, Section 853(p).

1    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

2  States recover from JAMES WARRAS a criminal forfeiture money judgment in the amount of

3  $4,920,000 in United States Currency.

4    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of

5  this Order to all counsel of record and three certified copies to the United States Attorney's Office,

6  Attention Daniel D. Hollingsworth, Asset Forfeiture Unit.

7    DATED this 25th day of April, 2016.

8

9

10    _____
       UNITED STATES DISTRICT JUDGE
       KENT J. DAWSON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26